# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

140751

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL JEFFERY JOHNSON,
      Defendant-Appellant.

SC: 140751
COA: 295013
Berrien CC: 80-001229-FY

_____/

      On order of the Court, the application for leave to appeal the January 25, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

y0131